# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**DEBRA MATTHEWS**                                                           **PLAINTIFF**

**v.**                          **CASE NO. 1:18-CV-00090-BSM**

**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's findings and recommendation [Doc. No. 12] is adopted in part and rejected in part. Judge Deere's finding that the ALJ's decision was not supported by substantial evidence is adopted, and this case is remanded.

Judge Deere's finding that the ALJ should have ordered a mental examination for Debra Matthews is rejected. An ALJ is only required to order medical examinations if the records presented to him contain insufficient evidence to determine if the claimant is disabled. *See Barrett v. Shalala*, 38 F.3d 1019, 1023 (8th Cir. 1994). The record here contained sufficient evidence; where the ALJ erred was in failing to discuss, or explaining why he did not discuss, the evidence of mental impairments from Matthews's treating physicians.

IT IS SO ORDERED this 14th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE