UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DEBRA MATTHEWS                                                              PLAINTIFF

v.                              CASE NO. 1:18-CV-00090-BSM

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## ORDER

Consistent with the ordered entered today, the Commissioner's decision is reversed and this case is remanded to the Commissioner.

IT IS SO ORDERED this 14th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE